1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2

3  HALLIE HOFFMAN (CABN 210020)
   Chief, Criminal Division

4  ERIN A. CORNELL (CABN 227135)
   Assistant United States Attorney

5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7124
7       Facsimile: (415) 436-7234
        erin.cornell@usdoj.gov

8  Attorneys for United States of America

9

~~UNDER SEAL~~

**FILED**

AUG 29 2019

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

                  UNITED STATES DISTRICT COURT

10

11                NORTHERN DISTRICT OF CALIFORNIA

                  SAN FRANCISCO DIVISION

12

**RS**

13  UNITED STATES OF AMERICA,            )   CASE NO.:
                                         )   **CR19      0412**
14       Plaintiff,                      )
                                         )
15  v.                                   )   GOVERNMENT'S MOTION FOR SEALING
                                         )   ORDER
16  VICTOR PALOMARES                     )
                                         )
17       Defendant.                      )
                                         )
    _____ )

18

19       The United States, by and through its counsel, Assistant United States Attorney, Erin Cornell,

20  hereby moves this Court for an order sealing the government's motion for a sealing order, the sealing

21  order, the indictment, arrest warrant, and all attachments in the above-referenced case.  Disclosure of the

22  specified documents might jeopardize the defendant's arrest and the progress of this ongoing

23  investigation that is neither public nor known to unidentified co-conspirators of the investigation.

24       Accordingly, the United States requests that the Court seal these documents, except that the

25  Clerk of Court shall provide copies of the sealed documents to employees of the United States

26  Attorney's Office.  The United States Attorney's Office is permitted to share these documents as

27  necessary with counsel for any defendant charged as a result of this investigation and with the Drug

28  Enforcement Administration, which should be allowed to share the these materials with other law

GOVERNMENT'S MOTION FOR SEALING          1                          v. 7/10/2018
ORDER

1  enforcement and intelligence agencies, including foreign law enforcement and intelligence agencies, for

2  use in investigation and prosecution.

3

4  DATED:  August 28, 2019                                   Respectfully submitted,

5                                                            DAVID L. ANDERSON
                                                             United States Attorney
6

7

8                                                            ERIN A. CORNELL
                                                             Assistant United States Attorney
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28