**ALANNA D. COOPERSMITH, SBN 248447**
Attorney at Law,
717 Washington Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant
VICTOR PALOMARES

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, <br><br> Plaintiff, <br><br> vs. <br><br> **VICTOR PALOMARES**, <br><br> Defendant. | NO. 19-CR-00412 RS <br><br> **STIPULATION AND ORDER FOR CONTINUANCE OF CHANGE OF PLEA HEARING AND EXCLUSION OF TIME** |

Upon review of the stipulation between the parties, and for good cause shown, it is hereby ORDERED that:

1. The change of plea or trial setting hearing of May 19, 2020 is continued to 2:30 p.m. on July 28, 2020.

2. Time between May 19, 2020 and July 28, 2020 shall be excluded under the Speedy Trial Act.

3. The continuance is necessary to the effective preparation of counsel.

4. Exclusion of time through July 28, 2020 is warranted in that the ends of justice to be served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

DATED: April 9, 2020

_____
HON. RICHARD SEEBORG
United States District Court Judge

-3-
19-CR-412 RS  Stip. & Order to Continue