## PROPOSED ORDER/COVER SHEET

TO:      **Honorable Jacqueline S. Corley**      RE:      **Victor Palomares** _____
             **U.S. Magistrate Judge**

FROM:     **Silvio Lugo, Chief**               **Docket No.:**     **3:19-cr-0412-RS** _____
             **U.S. Pretrial Services Officer**

**Date:**      **5/13/20**

### THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Gustavo Rangel                              (408) 535-5226
_____     _____

U.S. Pretrial Services Officer                      **TELEPHONE NUMBER**

We are requesting direction from the Court.  Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

☐     I have reviewed the information that you have supplied.  I do not believe that this matter requires any action by this Court at this time.

☒     Inform all parties concerned that I will conduct a Bail Review Hearing ~~in Courtroom No.~~ __by telephone__ on __May 14, 2020__ at __11:00 a.m__.

☐     Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge _____ Presiding  District Court Judge _____

☐     I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

☐     Modification(s)

     **A.**

     **B.**

☐     Bail Revoked/Bench Warrant Issued.

☐     I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

☐     Other Instructions:

_____

_____

_____      May 14, 2020
**JUDICIAL OFFICER**                 _____
                                **DATE**