ALANNA D. COOPERSMITH, SBN 248447
Attorney at Law,
717 Washington Street
Oakland, California 94607
T-(510) 628-0596
F-(866) 365-9759
alanna@eastbaydefense.com

Attorney for Defendant,
Victor Palomares

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　Plaintiff,<br><br>vs.<br><br>VICTOR PALOMARES,<br><br>　　Defendant. | NO. 19-CR-412 RS<br><br>DECLARATION OF COUNSEL IN SUPPORT OF SENTENING MEMORANDM<br><br>Date:  September 13, 2022<br>Time: 1:30 PM<br>Hon. Richard Seeborg |

I, Alanna D. Coopersmith, declare as follows:

1. I am an attorney duly admitted to practice law in the State of California and the Northern District of California.  I represent defendant, Victor Palomares.

2. I submit this supplemental declaration in connection to the upcoming sentencing hearing.

3. Attached is a letter from Thomas Carroll, the principal of Morrill Middle Schoool.

Executed under penalty of perjury on this 12th day of September, 2022, in Oakland, California.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　Alanna D. Coopersmith

19-CR-412 RS  Decl. of Counsel

-1-



# Morrill Middle School

1970 Morrill Avenue – San José, CA 95132
Phone: (408) 923-1930   Fax: (408) 946-0776

Thomas Carroll
Principal

Gina Corsello
Assistant Principal



September 9, 2022

To Whom It May Concern:

I am writing this letter as a character reference for Mr. Victor Palomares, who has been an active parent at our school over the last three years.  Victor's son, ███, started at our school as a 6th grader and is currently in 8th grade.  Over the course of the last three years, Mr. Palomares has proven to be actively engaged in his sons academic, behavioral, and social emotional wellbeing.  This has been shown in several ways, which are outlined below.

- Mr. Palomares is in regular contact with his son's teachers and school administration to ensure his child is on track academically.  For example, when his son was showing struggles academically, Mr. Palomares initiated several conferences with his son's teachers and school administration to identify the root of the academic struggles.  Mr. Palomares advocated for a special education assessment along with other accommodations to ensure his son was supported and provided the structure needed to be successful in school.
- Any time we have needed to contact Mr. Palomares for any reason, he always answers the phone and is responsive and supportive of what is best for his son.  Mr. Palomares has maintained open communication with the school and works collaboratively with our staff to ensure we are all on the same page with supporting his son.
- Mr. Palomares has proven to be an actively engaged father who genuinely cares for and supports his son.
- Over the last three years, my interactions with Mr. Palomares have been positive and collaborative, always centered on what is best for his child.

If you have any questions about how Mr. Victor Palomares has been an active and engaged father since I have met him, you may contact me directly.

With Respect,

*Thomas Carroll*

Thomas Carroll
Principal
Morrill Middle School